UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH BLOOMFIELD,

                Petitioner,

  -against-

ROBERT KIRKPATRICK, Superintendent,
Wende Correctional Facility,

                Respondent.
------------------------------------------------------------X

JUDGMENT
08-CV- 2654 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 13 2008 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on November 10, 2008, dismissing petitioner's petition for a writ of habeas corpus as untimely; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that petitioner's petition for a writ of habeas corpus is dismissed as untimely.

Dated: Brooklyn, New York
       November 12, 2008

                                        s/Robert C. Heinemann
                                        _____
                                        ROBERT C. HEINEMANN
                                        Clerk of Court